UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| GINA AGULTO; GRACE PINEDA; RONILO PANGAN; and RUBY PANGAN, Plaintiffs, vs. ROBERT FARRELL; ANGELITA FARRELL; and CHOICE HOTELS INTERNATIONAL, INC., Defendants. | CIV 08-4052 JUDGMENT OF DISMISSAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation for Judgment of Dismissal, Doc. 42, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint and Amended Complaint of the Plaintiffs are hereby dismissed upon the merits, with prejudice, and with each party to pay their own costs and attorney's fees.

Dated this 9th day of December, 2009.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Summar Wahy____
        DEPUTY